UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY 2 8 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | **4:14CR162 CEJ/NCC** |
| | ) | |
| ISRAEL OLIVAS JR., | ) | |
| CARLOS ALONSO SEMA JR., AND | ) | |
| LUIS RUBEN SANCHEZ-CASTRO, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about May 26, 2014, within the Eastern District of Missouri,

**ISRAEL OLIVAS JR.,
CARLOS ALONSO SEMA JR., AND
LUIS RUBEN SANCHEZ-CASTRO,**

the Defendants herein, being aided, abetted, counseled and induced by one another and persons known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name and account number of T.S., during and in relation to the commission of the felony offenses of: mail fraud, Title 18, United States Code, Section 1341; access device fraud, Title 18, United States Code, Sections 1029(a)(2); and Title 18, United States Code, Section 1029(a)(3), possession of 15 or more access devices.

In violation of Title 18, United States Code, Section 1028A and 2.

## COUNT 2

The Grand Jury further charges that:

On or about May 26, 2014, within the Eastern District of Missouri,

**ISRAEL OLIVAS JR.,**
**CARLOS ALONSO SEMA JR., AND**
**LUIS RUBEN SANCHEZ-CASTRO,**

the Defendants herein, being aided, abetted, counseled and induced by one another and persons known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name and account number of C.F.L., during and in relation to the commission of the felony offenses of: mail fraud, Title 18, United States Code, Section 1341; access device fraud, Title 18, United States Code, Sections 1029(a)(2); and Title 18, United States Code, Section 1029(a)(3), possession of 15 or more access devices.

In violation of Title 18, United States Code, Section 1028A and 2.

## COUNT 3

The Grand Jury further charges that:

On or about May 26, 2014, within the Eastern District of Missouri and elsewhere,

**ISRAEL OLIVAS JR.,**
**CARLOS ALONSO SEMA JR., AND**
**LUIS RUBEN SANCHEZ-CASTRO,**

the Defendants herein, being aided, abetted, counseled and induced by one another and persons known and unknown to the Grand Jury, in a manner affecting interstate commerce, did, knowingly and with intent to defraud use, and attempt to use, an unauthorized access device, that is: counterfeit

credit cards embedded with the account numbers of T.S. and C.F.L. in a value exceeding $1,000.00, that being $4,515.87, in order to purchase merchandise and gift cards.

In violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney